**SO ORDERED: January 5, 2018.**



_____
**Jeffrey J. Graham
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| UNIVERSAL LAND & LIVESTOCK, LLC, | ) | CASE NO.  17-80750-JJG-11 |
| | ) | |
| Debtor. | ) | |

### ORDER SHORTENING NOTICE PERIOD
### AND SETTING EXPEDITED HEARING

This matter came before the court on the *Emergency Motion to Shorten Notice Period and Request for Expedited Hearing on Debtor's Motion Pursuant to 11 U.S.C. §363 for an Order Authorizing Sale of Debtor's Real Estate to Pinnacle Heartland Operating Company, LLC, Free and Clear of Liens, Claims, Interests, and Encumbrances* (the "Emergency Motion") filed by Universal Land & Livestock, LLC (the "Debtor").  On January 5, 2018, the Debtor filed its *Debtor's Motion Pursuant to 11 U.S.C. §363 for an Order Authorizing the Sale of Debtor's Real Estate to Pinnacle Heartland Operating Company, LLC, Free and Clear of Liens, Claims, Charges, and Encumbrances* (the "Sale Motion").  A copy of the Sale Motion is attached hereto.

The court, being duly advised in the premises, NOW FINDS that the Emergency Motion should be granted.  Accordingly, notice be, and hereby is, shortened.

YOU ARE HEREBY FUTHER NOTIFIED that any objections to the Sale Motion must be filed prior to **5:00 p.m. (EDT) on January 18, 2018,** as set forth below**,** either electronically at www.insb.uscourts.gov, or in writing with the United States Bankruptcy Clerk, 352 Federal Building, 101 NW M.L. King Jr. Blvd, Evansville, IN  47708, with copies provided to Debtors' counsel, David R. Krebs and John J. Allman, Hester Baker Krebs LLC, One Indiana Square, Suite 1600, Indianapolis, Indiana, 46204, telephone: (317) 833-3030, facsimile: (317) 833-3031, email: dkrebs@hbkfirm.com and jallman@hbkfirm.com; and to the Office of the United States Trustee, c/o Laura DuVall, 101 West Ohio Street, Suite 1000, Indianapolis, IN 46204, telephone: (317) 226-6101, facsimile: (317) 226-6356, email: Laura.Duvall@usdoj.gov.

**<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

**A hearing on the Sale Motion is hereby scheduled for January 22, 2018, at 2:30 p.m. EDT in Room 311, U.S. Courthouse, 46 East Ohio Street, Indianapolis, IN 46204.**

# # #