UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| UNIVERSAL LAND & LIVESTOCK, LLC, | ) | CASE NO. 17-80750-JJG-11 |
| | ) | |
| Debtor. | ) | |

**EMERGENCY MOTION TO SHORTEN NOTICE PERIOD AND REQUEST FOR EXPEDITED HEARING ON: DEBTOR'S SECOND MOTION PURSUANT TO 11 U.S.C. § 363 FOR AN ORDER AUTHORIZING SALE OF DEBTOR'S REAL ESTATE AT AUCTION, FREE AND CLEAR OF ALL LIENS, <u>CLAIMS, INTERESTS, AND ENCUMBRANCES</u>**

Universal Land & Livestock, LLC, the debtor and debtor-in-possession (the "Debtor"), by counsel, for its *Emergency Motion to Shorten Notice Period and Request for Expedited Hearing on: Debtor's Second Motion Pursuant to 11 U.S.C. §363 for an Order Authorizing Sale of Debtor's Real Estate to Pinnacle Heartland Operating Company, LLC, Free and Clear of Liens, Claims, Interests, and Encumbrances* (the "Motion to Shorten"), states:

### I. Jurisdiction and Venue

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

2. This matter is a core proceeding pursuant to 28 U.S.C. §157.

3. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

4. The statutory basis for the relief south herein 11 U.S.C. §§ 105(a) and 364 and other related statutes (collectively, the "Bankruptcy Code" and Rules 4001(c) of the Federal Rules of Bankruptcy Procedure for the Southern District of Indiana and Rule B-9006-1 of the local rules of the Terre Haute Division of the Southern District of Indiana and other related Rules (collective, the "Bankruptcy Rules").

## II. General Background

5. The Debtors filed a voluntary Petition for relief under Chapter 12 of the Bankruptcy Code on November 8, 2017 (the "Petition Date").

6. Of even date herewith, the Debtor has filed *Debtor's Second Motion Pursuant to 11 U.S.C. §363 for an Order Authorizing Sale of Debtor's Real Estate to Pinnacle Heartland Operating Company, LLC, Free and Clear of Liens, Claims, Interests, and Encumbrances* [Doc. 94] (the "Sale Motion").

7. In the Sale Motion, the Debtor seeks authority to sell the Debtor's real estate located in Vermillion County, Indiana, consisting of approximately 1044.07 gross acres (the "Additional Real Estate"). The sale of the Additional Real Estate shall be free and clear of any liens and claims of any and every kind or nature whatsoever pursuant to 11 U.S.C. §363(f) and all other applicable laws.

8. Pursuant to this Sale Motion, the Debtor seeks an Order to transfer the Additional Real Estate as a legal, valid and effective transfer of the real estate which will vest the Purchaser with all right, title and interest in the Additional Real Estate free and clear of any liens and claims of any and every kind or nature whatsoever pursuant to 11 U.S.C. §363(f) and all other applicable laws.

9. An auction of other real estate owned by the Debtor and approved by this Court is scheduled for March 27, 2018 (the "Auction"). Advertising of the Auction has already commenced, and the Additional Real Estate can be easily included in the Auction.

10. Inclusion of the Additional Real Estate in the Auction is economically and logistically beneficial to the Debtor, the bankruptcy estate and creditors.

11. The Debtor believes the sale of the Additional Real Estate at the Auction is in the best interest of the estate and creditors.

### III.  Request for Relief

A. The Debtor requests that notice on the Sale Motion be shortened to ten (10) days, or 5:00 p.m. two (2) business days prior to any hearing to be held on the Application to Employ.

B. The Debtor requests that the Court set the Sale Motion for an expedited hearing at the Court's earliest opportunity.

C. Denying the relief requested herein could cause immediate and irreparable harm to the estate if the sale of the Additional Real Estate is not held in a reasonably quick method and timeframe.

WHEREFORE, the Debtor, by counsel, respectfully requests that the Court grant the relief requested in this Motion to Shorten to avoid immediate and irreparable harm to the estate, and for any and all other relief just and proper in the premises.

Respectfully submitted by,

HESTER BAKER KREBS LLC

By____/s/ David R. Krebs_____
David R. Krebs
John J. Allman
Hester Baker Krebs LLC
One Indiana Square, Suite 1600
Indianapolis, IN  46204
(317) 833-3030; Fax: (317) 833-3031
Email:  dkrebs@hbkfirm.com
Email:  jallman@hbkfirm.com

CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

- J Michael Debbeler    mdebbeler@graydon.com
- Laura A DuVall    Laura.Duvall@usdoj.gov, Catherine.henderson@usdoj.gov
- Branson Daniel Dunlop    bdunlop@graydon.law
- Annette England    aengland@btlaw.com
- Mark S. Fryman, Jr.    fryman@starrausten.com
- Jeffrey M Hendricks    jhendricks@graydon.com
- Scott L. Starr    starr@starrausten.com
- U.S. Trustee    ustpregion10.in.ecf@usdoj.gov

I further certify that on March 1, 2018, a copy of the foregoing was mailed by electronic mail and/or first-class U.S. Mail, postage prepaid, and properly addressed to the following:

n/a

*/s/ David R. Krebs*
David R. Krebs
John J. Allman